IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN SHAFFER** | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-3415 |
| | : | |
| **PENNSBURY SCHOOL DISTRICT** | : | |

**ORDER**

This 11th day of February, 2021, it is hereby **ORDERED** that a conference call is scheduled for Tuesday, **February, 16, 2021**, at **1:30 p.m.** Counsel for Plaintiff is requested to initiate the call with opposing counsel and then call Chambers at 267-299-7301.

    /s/ Gerald Austin McHugh
United States District Judge