THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN SHAFFER** | : |
| | : |
| v. | : CIVIL ACTION NO. 20-3415 |
| | : |
| **PENNSBURY SCHOOL DISTRICT** | : |

## ORDER

This 15th day of March, 2021, it is hereby **ORDERED** that Plaintiff's Motion to Compel (ECF 7) is **GRANTED in part**, as follows: Plaintiff's motion to compel will be granted to the extent that it seeks the Redner deposition transcript without redactions, and the notes that Ms. Redner prepared in advance of her deposition, to the extent those notes still exist; in all other respects, Defendant's motion is **DENIED**.

  /s/ Gerald Austin McHugh
United States District Court