IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIAN SHAFFER** | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 20-3415** |
| | : | |
| **PENNSBURY SCHOOL DISTRICT** | : | |

## SCHEDULING ORDER

This 30th day of March, 2021, for good cause shown, it is hereby **ORDERED**, the Scheduling Order of November 5, 2020 is amended as follows:

1. All factual discovery shall be completed by **July 16, 2021.**

2. Expert reports for the plaintiff, if any, shall be due by **July 16, 2021.**

3. Expert reports for the defendants, if any, shall be due by **August 13, 2021.**

4. Responsive or supplemental expert reports, if any, shall be produced as promptly as possible after the need for such reports is identified, and must be served sufficiently in advance of the Final Pretrial Conference to allow for a meaningful response.

5. Expert depositions may be conducted any time until the Final Pretrial Conference.

6. Dispositive motions, if any, shall be due by **July 30, 2021.**

7. This case shall be deemed ready for the scheduling of a Final Pretrial Conference as of **September 27, 2021.**

**Notice:** Throughout the course of this litigation, counsel should refer to Judge McHugh's Guidelines for Counsel, which can be found on the Court's website, for assistance with efficient management of this case.

                                                                             /s/ Gerald Austin McHugh
                                                                            United States District Judge